IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHNNY F. HARVELL                                                        PLAINTIFF

VS.                                        CAUSE NO. 1:13-CV-00067-SA-DAS

TRUSTMARK INSURANCE COMPANY;
AND JOHN DOES 1-10                                     DEFENDANTS

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME**

**THIS CAUSE HAVING COME BEFORE THE COURT** upon the *ore tenus* motion of the Plaintiff, Johnny Harvell, for an extension of time, and the Court, being fully advised in the premises and finding the Defendant has no objection and agrees to the extension, finds the motion to be well taken.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the Plaintiff shall have until April 11, 2014, by which time to file his response to Defendant's Motion for Summary Judgment.

SO ORDERED on this, the 7th day of April, 2014.

                                                     /s/ Sharion Aycock
                                                     **UNITED STATES DISTRICT JUDGE**